UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ITZEL GOMEZ, On Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**ROBINSON ECONOMIC SERVICES D/B/A CLEAN AIR LENDING; and ROBINSON ECONOMIC DEVELOPMENT CORPORATION,**<br><br>Defendants. | **Case No.:** 3:24-cv-07554-VC<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL OF ACTION WITOUT PROJUDICE** |

1   Upon reviewing the Voluntarily Dismissal of this Action without prejudice
2   pursuant to Fed R. Civ. P. 41(a)(1)(A)(i) filed by Plaintiff Itzel Gomez, it is hereby
3   ORDERED that:

- This action is DISMISSED in its entirety without prejudice pursuant to Fed R. Civ. P. 41(a)(1)(A)(i).

IT IS SO ORDERED.

DATED:  March 3, 2025

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE